UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICHOLAS C. HEBRARD | CIVIL ACTION |
| VERSUS | NUMBER: 16-10913 |
| WARDEN S.W. MCCAIN, ET AL. | SECTION: "A"(5) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii);

**IT IS FURTHER ORDERED** that **Plaintiff's Motion for Leave to Amend 1983 Complaint (Rec. Doc. 6)** is **DENIED**. The proposed amendments appear to assert the same constitutional violations that the original complaint asserts.

New Orleans, Louisiana, this 2nd day of August, 2016.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE